IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                          CHAPTER 13 CASE
                                                                                 NO. 08-31600-DHW

**SHERIGA N. OLIVER-PITTS,**
**XXX-XX-3419**

        **Debtor(s).**

---

**PURSUANT TO LBR 3015-1(d) AND LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 20 DAYS OF SERVICE. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OR BY U.S. MAIL ADDRESSED TO THE CLERK OF THE BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, ALABAMA 36104.**

---

## TRUSTEE'S MOTION TO MODIFY DEBTOR(S) PLAN

COMES NOW, the Trustee, by and through the undersigned counsel, and moves this Honorable Court to modify the debtor(s) plan, and as grounds for said motion, states as follows:

1. Court Claim #19 (Trustee Claim #49) was filed by the Internal Revenue Service in the amount of $5,595.66 of which $5,593.64 is reflected as priority and $2.02 as unsecured.

2. On May 18, 2009, Trustee advised debtor(s) attorney of the claim and that the confirmed plan made no provisions. Trustee requested the attorney to either make provisions or object; whichever was more appropriate, within 30 days. As of this date, neither has been done. The delay by the debtor(s) and/or debtor(s) attorney has been prejudicial to the creditor in this case.

WHEREFORE, the Trustee moves this Honorable Court to amend the debtor(s) plan to provide for Court Claim #19 of the Internal Revenue Service as priority with a

value of $5,595.66, 8% interest, and an SMP of $145.00. The debtor(s) plan payment shall be raised from $807.00 to $956.00 per month.

Respectfully submitted this 20th day of November 2009.

                                                Curtis C. Reding
                                                Standing Chapter 13 Trustee

By:   /s/ Sabrina L. McKinney
       Sabrina L. McKinney
       Staff Attorney
       ASB-3162-I71S

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
Email: mckinneys@ch13mdal.com

## CERTIFICATE OF SERVICE

I, Sabrina L. McKinney, certify that a copy of the foregoing TRUSTEE'S MOTION TO MODIFY DEBTOR(S) PLAN has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, this 20th day of November 2009.

                                                /s/ Sabrina L. McKinney
                                                Sabrina L. McKinney

Sheriga N. Oliver-Pitts
3641 Menlo Court
Montgomery, AL 36116

Richard D. Shinbaum (electronic filing)

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
P.O. Box 21125
Philadelphia, PA 19114

Internal Revenue Service
801 Tom Martin Drive
M/S 126
Birmingham, AL 35211

Patricia Conover
Assistant U. S. Attorney
P.O. Box 197
Montgomery, AL 36101-0197