IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 08-31600-DHW |
| Oliver-Pitts, Sheriga N. | ) ) ) | CHAPTER: 13 |
| DEBTOR(S). | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of March, 2010, a copy of the Escrow Change Letter filed by HOME LOAN SERVICES, INC. was served on the following by first class mail or via electronic case management.

Richard D Shinbaum
P O Box 201
Montgomery, AL 36101

Sheriga N. Oliver-Pitts
3641 Menlo Court
Montgomery, AL 36116

Curtis C. Reding
P.O. Box 173
Montgomery, AL 36101

Respectfully submitted,

/s/Enslen Crowe
Enslen Crowe (CRO 098)
Attorney for Creditor

OF COUNSEL:
SIROTE & PERMUTT, P.C.
P. O. Box 55887
Birmingham, Alabama 35255-5887
Telephone: (205) 918-5013

Home Loan Services, Inc.
P.O. Box 1838
Pittsburgh, PA  15230-1838


February 23, 2010


CURTIS REDING
PO BOX 173
MONTGOMERY, AL 36101


RE: ANNUAL ESCROW ANALYSIS

Loan Number:
Bankruptcy Case Number:     08-31600
Debtor:                     Jimmy Pitts
Property Address:           3641 Menlo Court
                            Montgomery AL 36116


Dear Sir or Madam:

The account referenced above was analyzed in February, 2010. Prior to the analysis, the monthly mortgage payment was $ 511.50.

Beginning April 2010, the new monthly mortgage payment amount is $ 486.92. The new payment amount consists of the following items:

| | | |
|---|---|---|
| Principal and Interest | $ | 377.74 |
| Escrow Payment | | 109.18 |
| Total Payment | $ | 486.92 |

If you have any questions, please call the Bankruptcy Department at 800-346-6437.

Sincerely,


Bankruptcy Department                                          BK050/9CJ

This notification is in accordance with the mortgage documents and is not a demand for payment from the Debtor(s). It is sent only for the purpose of notifying the Debtor(s) of the change in their monthly mortgage payment amount.

02/12/10

```
JIMMY PITTS
3641 MENLO COURT
MONTGOMERY         AL 36116
```


ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

ACCOUNT HISTORY

THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM 04/01/09 THROUGH 03/31/10.
YOUR MONTHLY MORTGAGE PAYMENT FOR THE PAST YEAR WAS 511.50 OF WHICH 377.74 WAS FOR PRINCIPAL AND INTEREST AND 133.76 WENT INTO YOUR ESCROW ACCOUNT.

| MO | PROJ ESCROW DEPOSIT | ACTUAL ESCROW DEPOSIT | PROJ ESCROW PAYMENTS | DESCRIPTION | ACTUAL ESCROW PAYMENTS | PROJ ESCROW BALANCE | ACTUAL ESCROW BALANCE |
|---|---|---|---|---|---|---|---|
| STARTING BALANCE | | | | | | 535.44 | 778.15 |
| APR | 133.76 | 153.68 * | | | | 669.20 | 931.83 |
| MAY | 133.76 | 153.68 * | | | | 802.96 | 1085.51 |
| JUN | 133.76 | 153.68 * | | | | 936.72 | 1239.19 |
| JUL | 133.76 | | * | | | 1070.48 | 1239.19 |
| AUG | 133.76 | 287.44 * | | | | 1204.24 | 1526.63 |
| SEP | 133.76 | 133.76 | | HAZARD INS | 1043.00* | 1338.00 | 617.39 |
| OCT | 133.76 | | * | 1338.00 HAZARD INS | * | 133.76 | 617.39 |
| NOV | 133.76 | 133.76 | | COUNTY ANNUA | 267.06* | 267.52 | 484.09 |
| DEC | 133.76 | 133.76 | | 267.06 COUNTY ANNUA | * | 134.22 | 617.85 |
| JAN | 133.76 | | * | | | 267.98 | 617.85 |
| FEB | 133.76 | 936.32 *Y | | | Y | 401.74 | 1554.17 |
| MAR | 133.76 | 133.76 Y | | | Y | 535.50 | 1687.93 |

LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ACCOUNT WOULD BE MADE DURING THIS PERIOD EQUALING 1,605.06. UNDER FEDERAL LAW, YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED 267.52 (NO MORE THAN TWICE LAST YEARS PROJECTED MONTHLY ESCROW PAYMENT), UNLESS YOUR MORTGAGE CONTRACT OR STATE LAW SPECIFIES A LOWER AMOUNT. UNDER YOUR MORTGAGE CONTRACT AND STATE LAW, YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED 133.76.

Case 08-31600    Doc 43    Filed 03/01/10    Entered 03/01/10 13:32:12    Desc Main
Document    Page 3 of 5

YOUR ACTUAL LOWEST MONTHLY BALANCE WAS GREATER THAN       133.76.
THE ITEMS WITH AN ASTERISK ON YOUR ACCOUNT HISTORY MAY EXPLAIN THIS.
AN ASTERISK (*) INDICATES A DIFFERENCE FROM A PREVIOUS ESTIMATE
EITHER IN THE DATE OR THE AMOUNT. IF YOU WANT A FURTHER EXPLANATION,
PLEASE CALL OUR TOLL-FREE NUMBER.

                    ACCOUNT PROJECTION

    HAZARD INS              :      1,043.00
    COUNTY TAX              :        267.06
    ------------------------------------------
    ANNUAL DISBURSEMENTS    :      1,310.06
           1,310.06 / 12    =        109.18 ESCROW PAYMENT

      PAYMENTS    PAYMENTS                          CURRENT BAL    REQUIRED BAL
MO    TO          FROM        DESCRIPTION           PROJECTION     PROJECTION
BALANCE AS OF 03/31/10............................   1,687.93         436.62
APR   109.18                                         1,797.11         545.80
MAY   109.18                                         1,906.29         654.98
JUN   109.18                                         2,015.47         764.16
JUL   109.18                                         2,124.65         873.34
AUG   109.18                                         2,233.83         982.52
SEP   109.18                                         2,343.01       1,091.70
OCT   109.18     1,043.00     HAZARD INS             1,409.19         157.88
NOV   109.18                                         1,518.37         267.06
DEC   109.18       267.06     COUNTY ANNUA           1,360.49         109.18
JAN   109.18                                         1,469.67         218.36
FEB   109.18                                         1,578.85         327.54
MAR   109.18                                         1,688.03         436.72

    THE EXPECTED AMOUNT IN YOUR ESCROW ACCOUNT IS     1,687.93 . YOUR
    STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE     436.62 .

    THIS MEANS YOU HAVE A SURPLUS OF      1,251.31.   THIS SURPLUS MUST BE
    RETURNED TO YOU UNLESS IT IS LESS THAN $50, IN WHICH CASE WE HAVE THE
    ADDITIONAL OPTION OF KEEPING IT AND LOWERING YOUR PAYMENTS ACCORDINGLY.
    DUE TO THE DELINQUENT STATUS OF YOUR ACCOUNT, WE ARE HOLDING THE
    SURPLUS.

```
YOUR   MONTHLY    MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE
       486.92 OF WHICH      377.74 WILL BE FOR PRINCIPAL AND
INTEREST AND      109.18 WILL GO INTO YOUR ESCROW ACCOUNT.

NEW PAYMENT INFORMATION
     PRINCIPAL AND INTEREST          377.74
     ESCROW PAYMENT                  109.18
                                 ---------------
NEW PAYMENT EFFECTIVE 04/01/10       486.92
```

KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.